| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Hagy, C. Christopher | 2. Court or Organization<br><br>U.S. District Court-N.D. of GA | 3. Date of Report<br><br>05/31/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge/Full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>05/31/2012 |
| 7. Chambers or Office Address<br><br>1885 U. S. Courthouse<br>75 Spring Street, N.W.<br>Atlanta, Georgia 30301-3361 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | Trust for Y |
| 2. | |
| 3.  Executor of Estate | for Y |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Sutherland, Asbill & Brennan - Pension Plan with former law firm, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagy, C. Christopher | 05/31/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagy, C. Christopher | 05/31/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagy, C. Christopher | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Money Market Account | A | Interest | J | T | | | | | |
| 2. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 3. Lincoln/Am Legacy Annuity | D | Dividend | M | T | | | | | |
| 4. American Century:Growth Fund | B | Dividend | N | T | | | | | |
| 5. American Century: Int'l Fund | A | Dividend | L | T | | | | | |
| 6. ML Money Market (See Part VIII note 1) | B | Dividend | | | Closed | | | | |
| 7. I Shares Trust Dow Jones | B | Dividend | | | Sold | 11/17/11 | J | A | |
| 8. Merrill Lynch IRA | E | Int./Div. | P1 | T | | | | | |
| 9. -Vanguard Short Term Bond Fund | | | | | | | | | |
| 10. -Colgate Palmolive Common Stock | | | | | | | | | |
| 11. -Con Agra Foods Common Stock | | | | | | | | | |
| 12. -General Mills Common Stock | | | | | | | | | |
| 13. -Johnson & Johnson Common Stock | | | | | | | | | |
| 14. -Kimberly Clark Common Stock | | | | | | | | | |
| 15. -Monsanto Common Stock | | | | | | | | | |
| 16. -3M Common Stock | | | | | | | | | |
| 17. -Kinder Morgan Energy Partners LP | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagy, C. Christopher | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Enterprise Prdts Parn LP | | | | | | | | | |
| 19. -Plains All Amer. Pipline, LP | | | | | | | | | |
| 20. -Magellan Midstream Partners LP | | | | | | | | | |
| 21. -Coast Access Ltd | | | | | Redeemed (part) | 02/11/11 | J | | |
| 22. -Coast Access Ltd | | | | | Redeemed (part) | 11/10/11 | J | | |
| 23. -Coast Access Ltd | | | | | Redeemed (part) | 02/16/12 | J | | |
| 24. -Davis Growth Oppty Fund | | | | | | | | | |
| 25. -Franklin Sm-Mid Cap Growth Fund | | | | | | | | | |
| 26. -American Funds: Fund of America | | | | | | | | | |
| 27. -American Funds: Capital World Growth & Income Fund | | | | | | | | | |
| 28. -MFS: Value Fund | | | | | | | | | |
| 29. -Columbia Marisco: Growth Fund | | | | | | | | | |
| 30. -Ishares S&P 400MidCap Index | | | | | | | | | |
| 31. -Lord Abbot: Convertible Fund | | | | | | | | | |
| 32. -Nuveen Funds: Qual Preferred Fund | | | | | | | | | |
| 33. -Fed Home Loan Bk Bonds | | | | | | | | | |
| 34. -Tennessee Valley Auth Notes | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagy, C. Christopher | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Gen'l Elec Cap Notes | | | | | | | | | |
| 36. -Bank America Bonds | | | | | | | | | |
| 37. -MetLife Pfd Stock | | | | | | | | | |
| 38. - Blackrock: Enhanced Equity Yield | | | | | | | | | |
| 39. -Blackrock Capital and Income Strategic Fund | | | | | | | | | |
| 40. -D&P Utility & Corp Bond | | | | | | | | | |
| 41. - C&S Reit & Utility | | | | | | | | | |
| 42. -Bank of America Common Stock | | | | | | | | | |
| 43. -Capital One Financial Common Stock | | | | | | | | | |
| 44. -Wells Fargo Common Stock | | | | | | | | | |
| 45. -Alterra Capial Holdings Common Stock | | | | | Sold | 11/28/11 | J | A | |
| 46. -Altria Group, Inc. Common Stock | | | | | Buy | 01/07/11 | K | | |
| 47. -Abbott Labs Common Stock | | | | | Buy | 01/07/11 | K | | |
| 48. -Chevron Corp Common Stock | | | | | Buy | 01/07/11 | K | | |
| 49. -Coca Cola Common Stock | | | | | Buy | 01/07/11 | K | | |
| 50. -Medtronic Inc. Common Stock | | | | | Buy | 01/07/11 | K | | |
| 51. -Fst Tr.Energy Alphadex Fund | | | | | Buy | 03/12/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 7 of 18

Name of Person Reporting

Hagy, C. Christopher

Date of Report

05/31/2012

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Apache Corp Common Stock | | | | | Buy | 03/12/12 | K | | |
| 53. -Dupont E I De Nemours Common Stock. | | | | | Buy | 03/12/12 | K | | |
| 54. -Freeport McMoranCpr & Gold Common Stock | | | | | Buy | 03/12/12 | K | | |
| 55. -GlaxoSmithKline PLC ADR | | | | | Buy | 03/12/12 | K | | |
| 56. -Eli Lilly & Col Common Stock | | | | | Buy | 03/12/12 | K | | |
| 57. -Paccar Inc. Common Stock | | | | | Buy | 03/12/12 | K | | |
| 58. -Rayonier Inc. REIT | | | | | Buy | 03/19/12 | K | | |
| 59. -Raytheon Co. Common Stock | | | | | Buy | 03/12/12 | K | | |
| 60. -Blackrock Cap & Inc. Stratagy Fund | | | | | Buy | 03/12/12 | J | | |
| 61. -3M Company Common Stock | | | | | Buy | 11/28/11 | J | | |
| 62. -Ford Motor Company Comon Stock | | | | | Buy | 10/14/11 | J | | |
| 63. -Kemit Corp Common Stock | | | | | Buy | 11/28/11 | J | | |
| 64. -Sanmina-SCI Corp Common Stock | | | | | Buy | 04/21/11 | J | | |
| 65. -American Axle&Mfg Holdings Common Stock | | | | | Buy (add'l) | 12/13/11 | J | | |
| 66. -Asbury Automotive Group Common Stock | | | | | | | | | |
| 67. -Capital Product Prtnrs Common Stock | | | | | | | | | |
| 68. -Chimera Investment Corp Common Stock | | | | | Sold | 01/28/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagy, C. Christopher | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Crude Carriers Corp Common Stock | | | | | | | | | |
| 70. -Flextronics Intl. Ltd Common Stock | | | | | | | | | |
| 71. -Genworth Finl. Inc. Common Stock | | | | | Sold | 07/07/11 | J | A | |
| 72. -Hartford Finl. Svcs Group Common Stock | | | | | Sold | 12/13/11 | J | A | |
| 73. -Jabil Circuit Inc. Common Stock | | | | | Sold | 10/14/11 | J | C | |
| 74. -KnightsbridgeTankers Common Stock | | | | | | | | | |
| 75. -Lincoln Nat'l Corp Common Stock | | | | | | | | | |
| 76. -Navios Maritime Partners Common Stock | | | | | | | | | |
| 77. -Safe Bulkers Inc Common Stock | | | | | | | | | |
| 78. -Seaspan Corp Common Stock | | | | | | | | | |
| 79. - Teekay Tankers Common Stock | | | | | Buy (add'l) | 01/27/11 | J | | |
| 80. -Tesoro Corp. Common Stock | | | | | Sold | 04/21/11 | K | D | |
| 81. -THL Credit Inc. Common Stock | | | | | Sold | 02/07/11 | J | A | |
| 82. -Valero Energy Corp Common Stock | | | | | | | | | |
| 83. -Validus Holdings Ltd. Common Stock | | | | | Buy (add'l) | 01/27/11 | J | | |
| 84. -Goodyear Tire and Rubber Common Stock | | | | | Buy | 01/27/11 | J | | |
| 85. -WSTN Digital Corp Common Stock | | | | | Buy | 01/27/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagy, C. Christopher | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Seagate Tech PLC Common Stock | | | | | Buy | 01/26/11 | J | | |
| 87. -DHT Holdings, Inc. Common Stock | | | | | Buy | 02/17/11 | K | | |
| 88. -MetLife Inc. Common Stock | | | | | Buy | 02/15/11 | J | | |
| 89. -Kemet Corp Common Stock | | | | | Buy | 10/25/11 | J | | |
| 90. -US Airways Group Inc. Common Stock | | | | | Buy | 06/29/11 | J | | |
| 91. -Sonic Automotive | | | | | Buy | 04/21/11 | J | | |
| 92. -ML Bank (money market fund) | | | | | | | | | |
| 93. Northwest Mutual Cash Value Life Insurance | C | Dividend | L | T | | | | | |
| 94. IRA with Merrill Lynch See Part VIII note 2 | A | Int./Div. | J | T | | | | | |
| 95. -Ishares DJ Select Index Fund | | | | | | | | | |
| 96. Proctor & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 97. Alliance Petroleum Common Stock(not publically traded) | B | Dividend | | | Sold | 02/10/12 | J | A | |
| 98. SABCAP LTD Partnership (Apts in Cobb Co. GA.) (1982-$35,000) | B | Rent | K | R | | | | | |
| 99. General Electric Common Stock | A | Dividend | K | T | | | | | |
| 100. Trust for Y | E | Int./Div. | J | T | | | | | |
| 101. -Merrill Lynch Money Market | A | Int./Div. | | | Distributed | 07/12/11 | J | | |
| 102. Cisco Systems Inc. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagy, C. Christopher | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Emerson Electric Co Common Stock | B | Dividend | L | T | | | | | |
| 104. Equifax, Inc.Common Stock | A | Dividend | K | T | | | | | |
| 105. Fidelity Nat'l Info Systems Common Stock | | None | J | T | | | | | |
| 106. Lender Processing Services Common Stock | | None | J | T | | | | | |
| 107. ExxonMobil Corp Common Stock | C | Dividend | M | T | Donated (part) | | | | |
| 108. Hewlett Packard Co Common Stock | A | Dividend | J | T | | | | | |
| 109. International Business Machines Corp Common Stock | B | Dividend | M | T | Donated (part) | | | | |
| 110. Johnson & Johnson Common Stock | A | Dividend | K | T | Sold (part) | 05/26/11 | J | | |
| 111. IShares Tr MSCI EAFE Index | A | Dividend | J | T | Buy (add'l) | 03/16/11 | J | | |
| 112. IShares Tr MSCI EAFE Index | A | Dividend | | | Sold | 10/19/11 | J | A | |
| 113. IShares Tr MSCI EAFE Index | A | Dividend | J | T | Buy | 11/16/11 | J | | |
| 114. Lord Abbott Fund. Equity | A | Dividend | K | T | | | | | |
| 115. Berkshire Hathaway Common Stock, Class B | | None | | | Sold | 04/18/11 | K | D | |
| 116. Calamos Convertible Fund | A | Dividend | J | T | | | | | |
| 117. First Eagle Overseas Fund | A | Dividend | J | T | | | | | |
| 118. Oppenheimer: Develp. Mkts. | A | Dividend | J | T | Sold (part) | 12/09/11 | J | A | |
| 119. I Shares DJ USFinan | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. JP Morgan Chase Common Stock | A | Dividend | | | Sold | 12/09/11 | J | A | |
| 121. Estate of X, formerly Power of Atty for X see Part VIII n. 8 | E | Int./Div. | L | T | | | | | |
| 122. -Merrill Lynch Bank | | | | | Distributed | 12/13/11 | J | | |
| 123. Thornburg Int'l Value Fund | A | Dividend | J | T | | | | | |
| 124. Thornburg Invest Income Bond Fund | B | Dividend | K | T | Buy | 10/31/11 | K | | |
| 125. Pimco Comm RR Str Cl | A | Dividend | | | Sold | 12/09/11 | K | A | |
| 126. Pimco Uncon Tax Mgd | A | Dividend | K | T | | | | | |
| 127. Third Ave. Value Fund | A | Dividend | | | Sold | 12/09/11 | J | A | |
| 128. Alpine Ultra Sh Tax Opt. | A | Dividend | J | T | Sold (part) | 08/12/11 | J | A | |
| 129. Pimco Invest Grade Corp Bond Fd. | A | Dividend | | | Sold | 12/09/11 | K | A | |
| 130. Pimco Emerging Markets -formerly Pimco Developing | A | Dividend | J | T | | | | | |
| 131. Pimco All Assset | A | Dividend | K | T | | | | | |
| 132. Wells Fargo Ultra Sht Term | A | Dividend | L | T | Sold (part) | 08/08/11 | J | A | |
| 133. Nuveen Ga Muni Bd Fd | A | Dividend | J | T | | | | | |
| 134. Nuveen Prem Inc Muni 4 See Part VIII note 3 | A | Dividend | J | T | | | | | |
| 135. Templeton Global Bond Fund | A | Dividend | | | Sold | 12/09/11 | J | A | |
| 136. Allianz NFJ Divid | A | Dividend | | | Sold | 10/19/11 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagy, C. Christopher | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Eaton Vance Floating Rate Fund | A | Dividend | J | T | | | | | |
| 138. Pimco All Asset, All Authority Fund-See part VIII note 4 | A | Dividend | K | T | | | | | |
| 139. I Shares S&P 500 Value | A | Dividend | J | T | Buy (add'l) | 08/04/11 | J | | |
| 140. Fst.Trust ISE Revere Nat | A | Dividend | J | T | | | | | |
| 141. I Shares S&P Smallcap 600 | A | Dividend | J | T | | | | | |
| 142. Thornburg Limited Term Muni Fd. | A | Dividend | K | T | | | | | |
| 143. The Endowment Fund | B | Dividend | M | T | | | | | |
| 144. Florida State Bd Educ Bonds | A | Interest | K | T | | | | | |
| 145. Main Street Nat'l Gas Ga. Bonds | C | Interest | L | T | | | | | |
| 146. Bulloch Co. Ga. Develop Bonds | B | Interest | K | T | | | | | |
| 147. Jacksonville Fla. Excise Bonds | B | Interest | K | T | | | | | |
| 148. Arizona Bd of Regents Bonds | B | Interest | K | T | Buy | 04/04/12 | K | | |
| 149. S. Carolina Trans. Infrastructure Bonds | B | Interest | K | T | Buy | 04/04/12 | K | | |
| 150. Kentucky Infrastructure Wastewater Bonds | B | Interest | K | T | Buy | 03/28/12 | K | | |
| 151. Cobb County Ga Kennestone Hosp Auth. Bonds | B | Interest | K | T | Buy | 10/27/11 | K | | |
| 152. Eaton Vance Strat Income Fund | C | Dividend | L | T | | | | | |
| 153. Lord Abbott Short Duration Fd | C | Dividend | L | T | Sold (part) | 08/12/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagy, C. Christopher | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Pimco Total Return Fund | C | Dividend | L | T | | | | | |
| 155. Blackrock Equity Dividend Fund | B | Dividend | L | T | Buy (add'l) | 01/07/11 | L | | |
| 156. Blackrock Equity Dividend Fund | B | Dividend | L | T | Sold (part) | 05/11/11 | J | A | |
| 157. Blackrock Global Fund | A | Dividend | J | T | | | | | |
| 158. CGM Advisors Targeted Fund | A | Dividend | J | T | | | | | |
| 159. Cohen & Steers Global Fund | A | Dividend | J | T | | | | | |
| 160. Eaton Vance PRMTRC | A | Dividend | J | T | | | | | |
| 161. Eaton Vance Global Macro Fund | B | Dividend | K | T | | | | | |
| 162. Fairholme Fund | A | Dividend | | | Sold | 05/10/11 | K | B | |
| 163. Yacktman Fund | A | Dividend | K | T | Buy | 05/11/11 | K | | |
| 164. IShares DJ US | A | Dividend | | | Buy | 05/11/11 | K | | |
| 165. IShares DJ US | A | Dividend | | | Sold | 11/17/11 | K | A | |
| 166. Doubleline Total Return Fund | B | Dividend | K | T | Buy | 05/11/11 | K | | |
| 167. Douibleline Core Fixed Income Fund | A | Dividend | K | T | Buy | 06/16/11 | K | | |
| 168. First Eagle Oversees Fund | A | Dividend | K | T | | | | | |
| 169. First Eagle Gold Fund | A | Dividend | | | Sold | 08/09/11 | J | C | |
| 170. Franklin Rising Fund | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagy, C. Christopher | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Franklin Income Fund | A | Dividend | | | Sold | 12/15/11 | J | A | |
| 172. Franklin Fed Inter Term | B | Dividend | K | T | Buy | 12/14/11 | K | | |
| 173. Goldman Sachs Satellite Fund | B | Dividend | | | Sold | 12/15/11 | L | A | |
| 174. Hussman Strategic Total Return Fund | A | Dividend | K | T | Buy (add'l) | 10/19/11 | K | | |
| 175. IShares Barclays 20 +yr Fund | B | Dividend | | | Sold | 05/11/11 | K | A | |
| 176. Lazard Emerging Mkt. Fund | A | Dividend | K | T | | | | | |
| 177. Loomis Sayles Strategic Fund | B | Dividend | K | T | | | | | |
| 178. Nuveen Tradewinds Global Fund | A | Dividend | | | Sold | 08/09/11 | K | C | |
| 179. Pimco Unconstrained Fund | A | Dividend | J | T | | | | | |
| 180. Templeton Global Fund | B | Dividend | | | Sold | 12/15/11 | K | A | |
| 181. The Oakmark Fund | A | Dividend | | | Sold | 06/16/11 | J | B | |
| 182. Wisdomtree Global Equity | A | Dividend | | | Sold | 01/07/11 | K | A | |
| 183. Wisdomtree Emerging Mkt | B | Dividend | | | Sold | 10/04/11 | K | A | |
| 184. IShares S&P GSSI Natural Resources Index Fund | A | Dividend | J | T | Buy | 08/05/11 | J | | |
| 185. IShares S&P GSSI Natural Resources Index | A | Dividend | J | T | Sold (part) | 11/17/11 | J | A | |
| 186. IShares S&P Midcap 400 Growth Fund-See Part VIII note 5 | A | Dividend | | | Buy | 08/05/11 | J | | |
| 187. IShares S&P Midcap 400 Growth Fund | A | Dividend | | | Sold | 10/19/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagy, C. Christopher | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. IShares S&PSmallcap 600 Value Index Fund-See Part VIII note | A | Dividend | | | Buy | 08/05/11 | J | | |
| 189. IShares S&P Smallcap 600 Value Index Fund | A | Dividend | | | Sold | 10/19/11 | J | A | |
| 190. MVC Capital Inc. Fund- See Part VIII note 5 | A | Dividend | | | Buy (add'l) | 08/05/11 | K | | |
| 191. MVC Capital Inc. Fund | A | Dividend | | | Sold | 11/17/11 | J | A | |
| 192. IShares MSCI Emerging Mkt. Index Fund | A | Dividend | J | T | Buy | 08/08/11 | J | | |
| 193. IShares MSCI Emerging Mkt Index Fund | A | Dividend | J | T | Sold (part) | 11/02/11 | J | A | |
| 194. IShares S&P 500 Growth Index Fund | A | Dividend | J | T | Buy | 08/08/11 | J | | |
| 195. Eaton Vance Tx Ad Gl Div Flobal Div Fund | A | Dividend | J | T | Buy | 08/08/11 | J | | |
| 196. Calamos Strat Tot Return Fund | A | Dividend | J | T | Buy | 08/08/11 | J | | |
| 197. Fst Tr Senior Float Rate Inc. Fund II | A | Dividend | J | T | Buy | 08/08/11 | J | | |
| 198. Western Asset/Claymore Inflation-linked Oppty & Income Fund | A | Dividend | J | T | Buy | 10/12/11 | J | | |
| 199. Goldman Sachs Group Inc.Fund | A | Dividend | J | T | Buy | 08/08/11 | J | | |
| 200. Goldman Sachs Group Inc. Fund | A | Dividend | J | T | Sold (part) | 11/02/11 | J | A | |
| 201. Morgan Stanley Emerging Market Fund | A | Dividend | J | T | Buy | 10/06/11 | J | | |
| 202. SPDR DB INTL GOV INF -See Part VIII note 5 | A | Dividend | | | Buy | 10/06/11 | J | | |
| 203. SPDR DB INTL GOV INF | A | Dividend | | | Sold | 11/17/11 | J | A | |
| 204. IShares S&P Smallcap 600 Barra Growth Index - See VIII n.5 | | None | | | Buy | 08/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagy, C. Christopher | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. IShares S&P Smallcap 600 Barra Growth Index | | None | | | Sold | 10/19/11 | J | B | |
| 206. IShares S&P Midcap 400 Barra Value Index-See VIII n. 5 | | None | | | Buy | 08/04/11 | J | | |
| 207. IShares S&P Midcap 400 Barra Value Index | | None | | | Sold | 10/19/11 | J | A | |
| 208. Goldman Sachs Short Duration Tax Free | B | Dividend | L | T | Buy | 12/14/11 | L | | |
| 209. IShares Boxx Corp Bond fund | A | Dividend | J | T | Buy | 10/26/11 | J | | |
| 210. IShares Barclays MBS Bond Fund | A | Dividend | J | T | Buy | 10/26/11 | J | | |
| 211. Vanguard Value ETF | A | Dividend | J | T | Buy | 11/17/11 | J | | |
| 212. Too Sandy LLC - single member corp | E | Distribution | O | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagy, C. Christopher | 05/31/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. All comments in Part VIII relate to items reported in Part VII at the indicated lines. Line 6, this Merrill Lynch money market account was closed on May 13, 2010, but was inadvertantly not reported as closed on my 2010 FD Report

2. Line 94  IRA belongs to the _____  The IRA shown on line 9 is in the name of the filer

3. Nuveen Prem Inc. Muni 4 Fund was inadvertantly not reported in my FDReport for 2010.   I am not sure when it was acquired - -it appears that I was issued a fractional share (.83 of a share) of this fund in August of 2010, perhaps as a reinested dividend for some prior period. The value of this fractional share is approximately $10.00 and dividends are less than $1.00.

4. Added "All Authority" to show this fund is different from that shown on line 128.

5. The items shown on line 186, 188, 190,202, and 206 were not owned at year end (see sale of each described in the line immediately below each of these "buys") and consequently no year end value information is in Column C for these lines.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ C. Christopher Hagy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544